Civil Action No. 1:25-cv-04205

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jeanine Ferris Pirro
was received by me on *(date)* 12/03/2025 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* Pursuant to FRCP 4, I mailed a copy of the complaint and summons to the defendant via certified mail on 12/05/2025. No certified mail slip was returned. The attached USPS online tracking shows the certified mail was returned to sender on 01/28/2026. Pursuant to guidance from the USAO for DC, I electronically mailed a copy of the complaint and summons to the defendant via the USADC-ServiceCivil email address on 01/28/2026. The attached return email from the Civil-process Clerk for the U.S. Attorney's Office of the District of Columbia is proof of delivery, showing a service date of 01/28/2026.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/30/2026

/s/ Zack Pototsky
*Server's signature*

Zack Pototsky, Paralegal
*Printed name and title*

1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102
*Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANSPORT AND FINAL DELIVER…

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 70191120000225721350

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 3:31 pm on January 28, 2026 in MC LEAN, VA 22102.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
MC LEAN, VA 22102
January 28, 2026, 3:31 pm

● **Arrived at Post Office**
MC LEAN, VA 22102
January 28, 2026, 8:24 am

● **In Transit to Next Facility**
December 10, 2025

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
December 6, 2025, 7:41 pm

● **Arrived at USPS Regional Facility**
MERRIFIELD VA DISTRIBUTION CENTER
December 5, 2025, 9:16 pm

● Hide Tracking History

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

| | |
|---|---|
| **From:** | USADC-ServiceCivil |
| **To:** | Zack Pototsky; USADC-ServiceCivil |
| **Subject:** | RE: Cory Novick v. U.S. Department of Justice, et al., Civil Action No. 1:25-cv-04205 |
| **Date:** | Thursday, January 29, 2026 3:17:10 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

The summons and complaint have been received by email, with a service date of January 28, 2026.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

**From:** Zack Pototsky <zpototsky@fluet.law>
**Sent:** Wednesday, January 28, 2026 5:46 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Cory Novick v. U.S. Department of Justice, et al., Civil Action No. 1:25-cv-04205

To whom it may concern,

On behalf of Kevin Byrnes, counsel for Plaintiff Cory Novick in the above captioned matter, please see attached service package for defendant Jeanine Ferris Pirro, in her official capacity as the U.S Attorney for the District of Columbia.

**Zack Pototsky**
*Paralegal*



1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102
(o): 703-590-1234
zpototsky@fluet.law | fluet.law



NOTICE: This message (including any attachments) from Fluet may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**NOTICE** This email message originated from outside of your organization. Please use caution when responding, opening attachments, and clicking links.