AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-04205

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pamela Bondi
was received by me on *(date)* 12/03/2025 .

❐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:
I mailed a copy of the complaint and summons to the defendant via certified mail on 12/05/2025. No certified mail slip was returned, but the attached is proof of delivery from USPS, showing delivery on 12/12/25, relates to that mailing.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 01/30/2026               /s/ Zack Pototsky
                                *Server's signature*

                               Zack Pototsky, Paralegal
                                *Printed name and title*


                               1751 Pinnacle Drive, Suite 1000, Tysons, VA 22102
                                *Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER CONDITIONS ACROSS THE U.S. MAY DELAY PROCESSING, TRANSPORT AND FINAL DELIVER…

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 70191120000225721404

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 4:43 am on December 12, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
December 12, 2025, 4:43 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20018
December 11, 2025, 11:27 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20018
December 11, 2025, 11:27 am

**Arrived at Post Office**
WASHINGTON, DC 20018
December 11, 2025, 8:41 am

**In Transit to Next Facility**
December 10, 2025

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
December 6, 2025, 4:25 pm

**Arrived at USPS Regional Facility**
MERRIFIELD VA DISTRIBUTION CENTER
December 5, 2025, 9:16 pm

Hide Tracking History

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs